UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

HELEN AMELUNG, )
)
Plaintiff, )
) Case No. 4:99CV1531 JCH
vs. )
)
LORILLARD TOBACCO COMPANY, )
et al., )
)
Defendants. )

### PLAINTIFF'S MEMORANDUM OF DISMISSAL OF DEFENDANT PETER HAUPTMANN COMPANY

Comes now plaintiff, by and through her attorneys herein and hereby dismisses without prejudice defendant Peter Hauptmann Company from this matter.

Respectfully submitted,

DONALD L. SCHLAPPRIZZI, P.C.
Attorney for Plaintiff

By: Michael R. Swafford #4507
701 Market Street, Suite 1550
St. Louis, Missouri 63101
(314) 241-0763
(314) 241-0787 fax

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 12/14/99 by cabrams
4:99cv1531     Amelung vs Lorillard Tobacco Co

28:1441 Petition for Removal- Wrongful Death

| Name | Ext | Fax |
|---|---|---|
| James Berger - | | Fax: 816-421-2708 |
| Richard Cassetta - | 67908 | Fax: 314-552-7135 |
| Roger Geary - | | Fax: 816-421-2708 |
| Andrew McElaney - | | Fax: 617-310-9251 |
| J. Newbold - | 3938 | Fax: 314-552-7597 |
| Marc Polk - | | Fax: 617-310-9919 |
| Bruce Ryder - | 4242 | Fax: 314-552-7102 |
| Donald Schlapprizzi - | 4284 | Fax: 314-241-0787 |
| Barry Short - | 4358 | Fax: 314-241-6056 |
| Michael Swafford - | 4507 | Fax: 314-241-0787 |
| David Thorne - | | Fax: 816-421-2708 |

SCANNED & FAXED BY:

DEC 1 4 1999

C. L. F.