RECEIVED

JUN 22 2000

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

FILED

JUN 28 2000

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO.
ST. LOUIS

JUN 2 ? 2000

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO.
ST. LOUIS

HELEN AMELUNG,                     )
                                   )
        Plaintiff,                 )
                                   )
                                   ) Case No. 4:99CV1531(JCH)
vs.                                )
                                   )
LORILLARD TOBACCO CO., INC.,       )
et al.,                            )
                                   )
        Defendants.                )

*ordered*
*[signature]*
6/28/00

## PLAINTIFF'S DISMISSAL OF DEFENDANT
## HOLLINGSWORTH & VOSE COMPANY

Comes now plaintiff, by and through her counsel, and hereby dismisses without prejudice

defendant Hollingsworth and Vose Company from the instant lawsuit.


DONALD L. SCHLAPPRIZZI, P.C. #17328
Attorney for Plaintiff

By: _____
    Michael R. Swafford # 4???
    701 Market Street, Suite 1350
    St. Louis, Missouri 63101
    (314) 241-0763
    (314) 241-0787 fax

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 06/29/00 by cabrams
                    4:99cv1531     Amelung vs Lorillard Tobacco Co

28:1441 Petition for Removal- Wrongful Death

```
James Berger -                          Fax: 816-421-2708
Richard Cassetta -  67908               Fax: 314-552-7135
Roger Geary -                           Fax: 816-421-2708
J. Newbold -  3938                      Fax: 314-552-7597
Bruce Ryder -   4242                    Fax: 314-552-7102
Donald Schlapprizzi -  4284             Fax: 314-241-0787
Michael Swafford -  4507                Fax: 314-241-0787
David Thorne -                          Fax: 816-421-2708
```

SCANNED & FAXED BY:
JUN 29 2000
C. D. D.

SCANNED & FAXED BY:
JUN 29 2000
C. D. D.