UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HELEN AMELUNG, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:99CV1531 JCH |
| | ) | |
| LORILLARD TOBACCO COMPANY, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER OF DISMISSAL

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Dated this 21st day of November, 2000.

_Jean C. Hamilton_
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 11/21/00 by clippold
    4:99cv1531    Amelung vs Lorillard Tobacco Co

28:1441 Petition for Removal- Wrongful Death

| Name | Fax |
|---|---|
| James Berger - | Fax: 816-421-2708 |
| Richard Cassetta -  67908 | Fax: 314-552-7135 |
| Roger Geary - | Fax: 816-421-2708 |
| J. Newbold -  3938 | Fax: 314-552-7597 |
| Bruce Ryder -  4242 | Fax: 314-552-7102 |
| Donald Schlapprizzi -  4284 | Fax: 314-241-0787 |
| Michael Swafford -  4507 | Fax: 314-241-0787 |
| David Thorne - | Fax: 816-421-2708 |

SCANNED & FAXED BY:
NOV 2 1 2000
MJM